

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.                                          CR NO: 1:19-MJ-00187-BAM

JUAN SANCHEZ-DOMINGUEZ

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Juan Sanchez-Dominquez
Detained at: Fresno County Jail
Detainee is:
  a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
      charging detainee with: 8 USC 1326(a) and (b)(1)
or
  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☐ return to the custody of detaining facility upon termination of proceedings
or
  b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Laura D. Withers
Printed Name & Phone No: Laura D. Withers   559-967-5480
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 10/3/19

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

AKA(s) (if: RODRIGUES, Ramon
Booking or CDC #: 1913282; JID 7013335
Facility Address: 1225 M St. Fresno, CA 93721
Facility Phone: 559-600-8275
Currently

☒ Male   ☐ Female
DOB: 03/08/1979
Race: W/H
FBI#: 255916AC5

## RETURN OF SERVICE

Executed on: _____

_____
(signature)