| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347<br>Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330<br>Fresno, CA  93721 |
| 4 | Telephone: (559) 487-5561<br>Fax: (559) 487-5950 |
| 5 | |
| 6 | Attorney for Defendant<br>JUAN SANCHEZ-DOMINGUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00219-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE HEARING |
| vs. | |
| JUAN SANCHEZ-DOMINGUEZ, | Date:   January 13, 2020<br>Time:   1:00 p.m<br>Judge:  Hon. Barbara A. McAuliffe |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, Laura Withers, counsel for Plaintiff, and Matthew Lemke, counsel for Defendant Juan Sanchez-Dominguez, that the status conference in the above-captioned matter set for January 13, 2020 may be vacated and a briefing schedule be set.

Mr. Sanchez-Dominguez intends to file a motion to dismiss the indictment in this case. Accordingly, the parties request the following briefing schedule:

| Event | Filing deadline/hearing date |
|---|---|
| Opening brief | January 13, 2020 |
| Responsive brief | January 27, 2020 |
| Optional reply brief | February 3, 2020 |
| Motion hearing | February 10, 2020 |

Counsel has confirmed the District Court's availability to hear argument on February 10, 2020.

Based on the foregoing, the parties agree that the delay resulting from the motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excludable. Further, the ends of justice served by the aforementioned request outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D); (h)(7)(A).

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: January 9, 2020     */s/ Laura Withers*
LAURA WITHERS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 9, 2020     */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
JUAN SANCHEZ-DOMINGUEZ

## **ORDER**

The Court hereby vacates the status hearing set for January 13, 2020 and sets the following briefing schedule for defendant Juan Sanchez-Dominguez's Motion to Dismiss Indictment: opening brief due January 13, 2020; response brief due January 27, 2020; optional reply brief due February 3, 2020; and motion hearing to be held on February 10, 2020 at 10:00 AM before District Judge Dale A. Drozd. Time is excluded as noted above until February 10, 2020.

IT IS SO ORDERED.

Dated:   **January 9, 2020**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE