HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JUAN SANCHEZ-DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00219-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE HEARING |
| vs. | |
| JUAN SANCHEZ-DOMINGUEZ, | Date:   March 23, 2020<br>Time:   1:00 p.m<br>Judge:  Hon. Barbara A. McAuliffe |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, Laura Withers, counsel for Plaintiff, and Matthew Lemke, counsel for Defendant Juan Sanchez-Dominguez, that the status conference in the above-captioned matter set for March 23, 2020 may be vacated and a briefing schedule be set.

Mr. Sanchez-Dominguez intends to file two motions: 1) a motion to dismiss indictment because the 2003 Immigration Court lacked jurisdiction to issue its removal order; and 2) a motion to reconsider the Court's order denying Sanchez-Dominguez's previous motion (ECF No. 24).  Accordingly, the parties request the following briefing schedule:

| Event | Proposed filing deadline/hearing date |
|---|---|
| Opening brief(s) | March 23, 2020 |
| Responsive brief(s) | April 6, 2020 |
| Optional reply brief(s) | April 9, 2020 |

| Argument | April 13, 2020 |

Based on the foregoing, the parties agree that the delay resulting from the motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excludable. Further, the ends of justice served by the aforementioned request outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D); (h)(7)(A).

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: March 18, 2020
/s/ Laura Withers
LAURA WITHERS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 18, 2020
/s/ Matthew Lemke
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
JUAN SANCHEZ-DOMINGUEZ

## **ORDER**

The Court hereby vacates the status hearing set for March 23, 2020 and sets the following briefing schedule for defendant Juan Sanchez-Dominguez's Motion to Dismiss Indictment: opening brief due March 23, 2020; response brief due April 6, 2020; optional reply brief due April 9, 2020; and argument be held on April 13, 2020 at 10:00 am before District Judge Dale A. Drozd. Time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D); (h)(7)(A).

IT IS SO ORDERED.

Dated: **March 18, 2020**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE