| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | JUAN SANCHEZ-DOMINGUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00219-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND DEADLINE FOR REPLY BRIEF AND ADVANCE MOTION HEARING; ORDER |
| vs. | |
| JUAN SANCHEZ-DOMINGUEZ, | Date: May 4, 2020 |
| Defendant. | Time: 10:00 p.m |
| | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, Laura Withers, counsel for Plaintiff, and Matthew Lemke, counsel for Defendant Juan Sanchez-Dominguez, that the deadline for Mr. Sanchez-Dominguez's reply brief be extended from April 9, 2020, to midnight on April 13, 2020. Additionally, the parties request that the motion hearing be advanced from May 4, 2020, to April 20, 2020.

Defense counsel requests this short extension to allow additional time to conduct legal research and prepare a reply brief. Additionally, the parties request that motion hearing be advanced from May 4, 2020, to April 20, 2020. A motion hearing was initially scheduled for April 13, 2020, however, in light of the public health concerns posed by the coronavirus pandemic and Eastern District of California General Orders 611 and 612, the Court continued the motion hearing to May 4, 2020. ECF Nos. 28, 29. The parties now ask that the hearing be advanced to April 20, 2020, because Mr. Sanchez-Dominguez is currently incarcerated and the

pending motion is potentially dispositive.  In order to mitigate the potential health risk, the parties ask for permission to appear by teleconference and for Mr. Sanchez-Dominguez's appearance to be waived for the limited purposes of the motion hearing.

Based on the foregoing, the parties agree that the delay resulting from the motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excludable.  Further, the ends of justice served by the aforementioned request outweigh the best interest of the public and the defendant in a speedy trial.  Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D); (h)(7)(A).

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: April 9, 2020                  /s/ Laura Withers
                                     LAURA WITHERS
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     HEATHER E. WILLIAMS
                                     Federal Defender

Date: April 9, 2020                  /s/ Matthew Lemke
                                     MATTHEW LEMKE
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JUAN SANCHEZ-DOMINGUEZ

1 **ORDER**

2     IT IS SO ORDERED. For the reasons set forth above, the deadline for Defendant Juan
3 Sanchez-Dominguez's reply brief is extended from April 9, 2020, to April 13, 2020. The motion
4 hearing currently scheduled for May 4, 2020, is hereby advanced to April 20, 2020, at 9:30 a.m.
5 The parties are permitted to appear by teleconference. Defendant Juan Sanchez-Dominguez's
6 presence is waived for the limited purposes of the motion hearing.

IT IS SO ORDERED.

Dated: **April 9, 2020**         _/s/ Dale A. Drozd_
                                    UNITED STATES DISTRICT JUDGE