HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JUAN SANCHEZ-DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN SANCHEZ-DOMINGUEZ,<br><br>Defendant. | Case No. 1:19-cr-00219-DAD-BAM<br><br>STIPULATION TO EXTEND DEADLINE FOR MOTION TO SET REMOTE BENCH TRIAL; ORDER<br><br>Judge: Hon. Dale A. Drozd |
|---|---|

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, Laura Withers, counsel for Plaintiff, and Matthew Lemke, counsel for Defendant Juan Sanchez-Dominguez, that the deadline for Mr. Sanchez-Dominguez's Motion to Set Remote Bench Trial be extended from July 31, 2020, to midnight on August 3, 2020.

Defense counsel requests this short extension to allow additional time to conduct legal research, consult with colleagues, and speak with Mr. Sanchez-Dominguez.  The parties agree that the motion hearing can remain as scheduled.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: July 30, 2020                     */s/ Laura Withers*
                                        LAURA WITHERS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: July 30, 2020                     */s/ Matthew Lemke*
                                        MATTHEW LEMKE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JUAN SANCHEZ-DOMINGUEZ


## ORDER

IT IS SO ORDERED.  For the reasons set forth above, the deadline for Defendant Juan Sanchez-Dominguez's forthcoming Motion is extended from July 31, 2020, to midnight on August 3, 2020.

IT IS SO ORDERED.

Dated:   **July 30, 2020**                        _____
                                                  UNITED STATES DISTRICT JUDGE