HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUAN SANCHEZ-DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN SANCHEZ-DOMINGUEZ,<br><br>Defendant. | Case No. 1:19-cr-00219-DAD-BAM<br><br>STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA; AND ORDER<br><br>DATE:   October 6, 2020<br>TIME:    9:00 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorneys Laura Withers and Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Juan Sanchez-Dominguez, that the trial currently set for October 6, 2020, be vacated and that a change of plea hearing be set for October 6, 2020, at 9:00 a.m.

The parties have reached an agreement to resolve this case. The October 6, 2020, trial is therefore no longer necessary.  Accordingly, the parties jointly request that the trial date be vacated, all filing deadlines related to the trial be vacated, and that the matter be set for a change of plea hearing to take place on October 6, 2020, at 9:00 a.m.

\ \

\ \

1                                Respectfully submitted,

2                                MCGREGOR W. SCOTT
United States Attorney

3

4  Date: September 28, 2020           /s/ Laura Withers
                                LAURA WITHERS

5                                Assistant United States Attorney
Attorney for Plaintiff

6

7                                HEATHER E. WILLIAMS
Federal Defender

8

9  Date: September 28, 2020           /s/ Matthew Lemke
                                MATTHEW LEMKE

10                               Assistant Federal Defender
Attorney for Defendant

11                               JUAN SANCHEZ-DOMINGUEZ

12

13                               **ORDER**

14

      **IT IS HEREBY ORDERED** that the trial scheduled for October 6, 2020, is vacated, all

15

filing deadlines related to the trial be vacated, and that the matter be set for a change of plea

16

hearing to take place on October 6, 2020, at 9:00 a.m.

17

18  IT IS SO ORDERED.

19    Dated:   **September 29, 2020**

20                                 UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28